FILED BY _____ KS ___ D.C.

Apr 13, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 21-20226-CR-BLOOM/OTAZO-REYES

CASE NO. _____

18 U.S.C. § 1349
18 U.S.C. § 1344
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 982(a)

UNITED STATES OF AMERICA

vs.

**CARLOS ROLDAN LEIVA,**
**YOANGEL MARTINEZ QUEVEDO,**
**DAIBY MERCEDES MARTINEZ IGLESIAS,**
**JOSE RAMON HERNANDEZ GARCIA,**
**ANTONIO L. HERNANDEZ,**
**LEMAY MORA AROCHA,**
**JOSE ALONSO ACOSTA,**
**ANDRES GARCIA GARCIA,**
**YOSBEL DOMINGUEZ FUNDORA,**
**DAYCEL CABARROCA, and**
**YAMILE LEWIS MOLLINEDO,**

            **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

1.      Bank of America was a financial institution with offices located in the State of Florida whose accounts were insured by the Federal Deposit Insurance Corporation ("FDIC").

2.      Wells Fargo was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

3.      SunTrust was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

4.      The defendant **CARLOS ROLDAN LEIVA** was a resident of Miami-Dade County, Florida.

5.     The defendant **YOANGEL MARTINEZ QUEVEDO** was a resident of Palm Beach County, Florida.

6.     The defendant **DAIBY MERCEDES MARTINEZ IGLESIAS** was a resident of Miami-Dade County, Florida.

7.     The defendant **JOSE RAMON HERNANDEZ GARCIA** was a resident of Miami-Dade County, Florida.

8.     The defendant **ANTONIO L. HERNANDEZ** was a resident of Miami-Dade County, Florida.

9.     The defendant **LEMAY MORA AROCHA** was a resident of Miami-Dade County, Florida.

10.    The defendant **JOSE ALONSO ACOSTA** was a resident of Miami-Dade County, Florida.

11.    The defendant **ANDRES GARCIA GARCIA** was a resident of Miami-Dade County, Florida.

12.    The defendant **YOSBEL DOMINGUEZ FUNDORA** was a resident of Miami-Dade County, Florida.

13.    The defendant **DAYCEL CABARROCA** was a resident of Miami-Dade County, Florida.

14.    The defendant **YAMILE LEWIS MOLLINEDO** was a resident of Miami-Dade County, Florida.

2

## COUNT 1
## Conspiracy to Commit Bank Fraud
## (18 U.S.C. § 1349)

1.      Paragraphs 1 through 14 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.      From on or about August 6, 2019, and continuing through on or about February 19, 2020, in Miami-Dade and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CARLOS ROLDAN LEIVA,**
**YOANGEL MARTINEZ QUEVEDO,**
**DAIBY MERCEDES MARTINEZ IGLESIAS,**
**JOSE RAMON HERNANDEZ GARCIA,**
**ANTONIO L. HERNANDEZ,**
**LEMAY MORA AROCHA,**
**JOSE ALONSO ACOSTA,**
**ANDRES GARCIA GARCIA,**
**YOSBEL DOMINGUEZ FUNDORA,**
**DAYCEL CABARROCA, and**
**YAMILE LEWIS MOLLINEDO,**

did willfully, that is, with intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly, and with intent to defraud, execute a scheme and artifice to defraud one or more financial institutions, which scheme and artifice would employ a material falsehood, and to knowingly, and with intent to defraud, execute a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, one or more financial institutions, by means of materially false and fraudulent pretenses, representations, and promises relating to a material fact, in violation of Title 18, United States Code, Section 1344(1) and (2).

3

## PURPOSE OF THE CONSPIRACY

3.　　It was the purpose of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by depositing false and fraudulent checks into bank accounts that the defendants and their co-conspirators controlled and using the illicit proceeds for their own personal gain.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose and object of this conspiracy included, among other things, the following:

4.　　**CARLOS ROLDAN LEIVA** and other known and unknown co-conspirators would steal checks from the U.S. mail throughout the United States, including in Florida, Kentucky, South Carolina, North Carolina, Virginia, Delaware, Indiana, and Illinois.

5.　　**YOANGEL MARTINEZ QUEVEDO, DAIBY MERCEDES MARTINEZ IGLESIAS, JOSE RAMON HERNANDEZ GARCIA, ANTONIO L. HERNANDEZ, LEMAY MORA AROCHA, ANDRES GARCIA GARCIA, YOSBEL DOMINGUEZ FUNDORA, DAYCEL CABARROCA,** and **YAMILE LEWIS MOLLINEDO** and other co-conspirators would open bank accounts at Bank of America, Wells Fargo, BB&T, Regions, TD Bank, and SunTrust, among others, in the Southern District of Florida and elsewhere.

6.　　Co-conspirators would falsely and fraudulently alter the stolen checks to increase the amounts payable of the checks and to make **YOANGEL MARTINEZ QUEVEDO, DAIBY MERCEDES MARTINEZ IGLESIAS, JOSE RAMON HERNANDEZ GARCIA, ANTONIO L. HERNANDEZ, LEMAY MORA AROCHA, JOSE ALONSO ACOSTA, ANDRES GARCIA GARCIA, YOSBEL DOMINGUEZ FUNDORA, DAYCEL**

4

CABARROCA, and **YAMILE LEWIS MOLLINEDO** and other co-conspirators the payees of the checks.

7.      **CARLOS ROLDAN LEIVA, YOANGEL MARTINEZ QUEVEDO, DAIBY MERCEDES MARTINEZ IGLESIAS, JOSE RAMON HERNANDEZ GARCIA, ANTONIO L. HERNANDEZ, LEMAY MORA AROCHA, JOSE ALONSO ACOSTA, ANDRES GARCIA GARCIA, YOSBEL DOMINGUEZ FUNDORA, DAYCEL CABARROCA**, and **YAMILE LEWIS MOLLINEDO** and other co-conspirators would deposit the false and fraudulent checks into bank accounts that the defendants and their co-conspirators controlled.

8.      **CARLOS ROLDAN LEIVA, YOANGEL MARTINEZ QUEVEDO, DAIBY MERCEDES MARTINEZ IGLESIAS, JOSE RAMON HERNANDEZ GARCIA, ANTONIO L. HERNANDEZ, LEMAY MORA AROCHA, JOSE ALONSO ACOSTA, ANDRES GARCIA GARCIA, YOSBEL DOMINGUEZ FUNDORA, DAYCEL CABARROCA**, and **YAMILE LEWIS MOLLINEDO** and other co-conspirators would withdraw and transfer the proceeds of the false and fraudulent checks out of the bank accounts, and otherwise use the proceeds of the false and fraudulent checks, for their own benefit and the benefit of others.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-16
### Bank Fraud
### (18 U.S.C. § 1344)

1.      Paragraphs 1 through 14 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.      On or about the dates and for the defendants specified below, in Miami-Dade and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to defraud one or more financial institutions, including Bank of America, Wells Fargo, and SunTrust, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of one or more financial institutions by means of materially false and fraudulently pretenses, representations, and promises, relating to a material fact, in violation of Title 18, United States Code, Section 1344(1) and (2).

## PURPOSE OF THE SCHEME AND ARTIFICE

3.      It was the purpose of the scheme and artifice for the defendants and their accomplices to unlawfully enrich themselves by depositing false and fraudulent checks into bank accounts that the defendants and their accomplices controlled and using the illicit proceeds for their own personal gain.

## SCHEME AND ARTIFICE

4.      Paragraphs 4 through 8 of the Manner and Means section from Count 1 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein as the description of the scheme and artifice.

6

## EXECUTION OF THE SCHEME AND ARTIFICE

5.     On or about the dates and for the defendants specified below, the defendants did

execute, and cause the execution of, the above described scheme and artifice to defraud, as more

particularly described below:

| Count | Defendant(s) | Approximate Date | Execution |
|-------|--------------|------------------|-----------|
| 2 | **JOSE RAMON HERNANDEZ GARCIA** | October 9, 2019 | Deposit a $9,700 false and fraudulent check into Bank of America account ending in 9673 in the Southern District of Florida. |
| 3 | **YOANGEL MARTINEZ QUEVEDO** | November 5, 2019 | Deposit a $9,700 false and fraudulent check into Bank of America account ending in 1662 in the Southern District of Florida. |
| 4 | **ANTONIO L. HERNANDEZ** | November 6, 2019 | Deposit a $9,700 false and fraudulent check into Bank of America account ending in 9889 in the Southern District of Florida. |
| 5 | **ANTONIO L. HERNANDEZ** | November 11, 2019 | Deposit a $9,500 false and fraudulent check into Bank of America account ending in 2579 in the Southern District of Florida. |
| 6 | **DAYCEL CABARROCA** | November 14, 2019 | Deposit a $6,000 false and fraudulent check into Wells Fargo account ending in 6742 in the Southern District of Florida. |
| 7 | **DAYCEL CABARROCA** | November 19, 2019 | Deposit a $7,500 false and fraudulent check into Wells Fargo account ending in 1400 in the Southern District of Florida. |
| 8 | **YOSBEL DOMINGUEZ FUNDORA** | December 4, 2019 | Deposit an $8,700 false and fraudulent check into Bank of America account ending in 1017 in the Southern District of Florida. |
| 9 | **ANDRES GARCIA GARCIA** | December 5, 2019 | Deposit a $6,712 false and fraudulent check into Bank of America account ending in 1841 in the Southern District of Florida. |
| 10 | **YOANGEL MARTINEZ QUEVEDO** | December 17, 2019 | Deposit a $9,700 false and fraudulent check into SunTrust account ending in 5939 in the Southern District of Florida. |

| 11 | **JOSE ALONSO ACOSTA** | January 18, 2020 | Deposit a $7,500 false and fraudulent check into Bank of America account ending in 8596 in the Southern District of Florida. |
| 12 | **CARLOS ROLDAN LEIVA** | January 27, 2020 | Deposit a $9,700 false and fraudulent check into Bank of America account ending in 1163 in the Southern District of Florida. |
| 13 | **CARLOS ROLDAN LEIVA** | January 27, 2020 | Deposit a $9,400 false and fraudulent check into Bank of America account ending in 7078 in the Southern District of Florida. |
| 14 | **CARLOS ROLDAN LEIVA** and **YOANGEL MARTINEZ QUEVEDO** | January 29, 2020 | Deposit a $9,900 false and fraudulent check into Bank of America account ending in 1845 in the Southern District of Florida. |
| 15 | **CARLOS ROLDAN LEIVA** | February 6, 2020 | Deposit a $6,008 false and fraudulent check into Bank of America account ending in 7078 in the Southern District of Florida. |
| 16 | **CARLOS ROLDAN LEIVA** | February 6, 2020 | Deposit a $9,800 false and fraudulent check into Bank of America account ending in 3028 in the Southern District of Florida. |

In violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

## COUNT 17
## Conspiracy to Commit Money Laundering
## (18 U.S.C. § 1956(h))

1.      Paragraphs 1 through 14 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.      From on or about August 6, 2019, and continuing through on or about February 19, 2020, in Miami-Dade and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**CARLOS ROLDAN LEIVA,**
**YOANGEL MARTINEZ QUEVEDO,**
**DAIBY MERCEDES MARTINEZ IGLESIAS,**
**JOSE RAMON HERNANDEZ GARCIA,**
**ANTONIO L. HERNANDEZ,**
**LEMAY MORA AROCHA,**
**JOSE ALONSO ACOSTA, and**
**YAMILE LEWIS MOLLINEDO,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is Conspiracy to Commit Bank Fraud and Bank Fraud, in violation of Title 18, United States Code, Sections 1349, 1344(1) and (2).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 18-29
### Money Laundering
### (18 U.S.C. § 1956(a)(1)(B)(i))

1.      Paragraphs 1 through 14 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2.      On or about the dates and for the defendants specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, as set forth below:

| Count | Defendant(s) | Approximate Date | Execution |
|---|---|---|---|
| 18 | **DAIBY MERCEDES MARTINEZ IGLESIAS** | October 16, 2019 | Purchase of $3,000 worth of casino chips at Miccosukee Resort & Gaming casino located at 500 SW 177th Avenue in Miami, Florida. |
| 19 | **JOSE RAMON HERNANDEZ GARCIA** | October 19, 2019 | Purchase $4,500 worth of casino chips at Miccosukee Resort & Gaming casino located at 500 SW 177th Avenue in Miami, Florida. |
| 20 | **YAMILE LEWIS MOLLINEDO** | November 5, 2019 | Purchase $4,600 worth of casino chips at Miccosukee Resort & Gaming casino located at 500 SW 177th Avenue in Miami, Florida. |
| 21 | **YOANGEL MARTINEZ QUEVEDO** | November 13, 2019 | Purchase of $4,300 worth of casino chips at Miccosukee Resort & Gaming casino located at 500 SW 177th Avenue in Miami, Florida. |

| 22 | **JOSE ALONSO ACOSTA** | December 25, 2019 | Purchase of $3,500 worth of casino chips at Miccosukee Resort & Gaming casino located at 500 SW 177th Avenue in Miami, Florida. |
| 23 | **CARLOS ROLDAN LEIVA** | January 16, 2020 | Purchase of four $500 money orders at Publix located at 155 East 2nd Avenue in Hialeah, Florida. |
| 24 | **CARLOS ROLDAN LEIVA** and **JOSE ALONSO ACOSTA** | January 23, 2020 | Purchase of $4,800 worth of casino chips at Miccosukee Resort & Gaming casino located at 500 SW 177th Avenue in Miami, Florida. |
| 25 | **ANTONIO L. HERNANDEZ** | January 28, 2020 | Purchase of $4,500 worth of casino chips at Miccosukee Resort & Gaming casino located at 500 SW 177th Avenue in Miami, Florida. |
| 26 | **DAIBY MERCEDES MARTINEZ IGLESIAS** | February 5, 2020 | Purchase of four $500 money orders at Publix located at 155 East 2nd Avenue in Hialeah, Florida. |
| 27 | **CARLOS ROLDAN LEIVA** | February 6, 2020 | Purchase of three $500 money orders and one $200 money order at Publix located at 155 East 2nd Avenue in Hialeah, Florida. |
| 28 | **YOANGEL MARTINEZ QUEVEDO** | February 7, 2020 | Purchase of $4,800 worth of casino chips at Miccosukee Resort & Gaming casino at 500 SW 177th Avenue in Miami, Florida. |
| 29 | **CARLOS ROLDAN LEIVA** and **LEMAY MORA AROCHA** | February 15, 2020 | Purchase of $4,800 worth of casino chips at Miccosukee Resort & Gaming casino at 500 SW 177th Avenue in Miami, Florida. |

It is further alleged that the specified unlawful activity is Conspiracy to Commit Bank Fraud and Bank Fraud, in violation of Title 18, United States Code, Sections 1349, 1344(1) and (2).

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **CARLOS ROLDAN LEIVA**, **YOANGEL MARTINEZ QUEVEDO**, **DAIBY MERCEDES MARTINEZ IGLESIAS, JOSE RAMON HERNANDEZ GARCIA, ANTONIO L. HERNANDEZ, LEMAY MORA AROCHA, JOSE ALONSO ACOSTA, ANDRES GARCIA GARCIA, YOSBEL DOMINGUEZ FUNDORA, DAYCEL CABARROCA**, and **YAMILE LEWIS MOLLINEDO**, has an interest.

2.      Upon conviction of bank fraud in violation of Title 18, United States Code, Section 1344, or a conspiracy to commit bank fraud, pursuant to Title 18, United Sates Code, Section 1349, as alleged in this Indictment, each defendant so convicted shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly as a result of the commission of the offense, pursuant to Title 18, United States Code, Section 982(a)(2).

3.      Upon conviction of money laundering, in violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, each defendant so convicted shall forfeit to the United

States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and (a)(2), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZÁLEZ
ACTING UNITED STATES ATTORNEY

ELI S. RUBIN
ASSISTANT UNITED STATES ATTORNEY

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**CARLOS ROLDAN LEIVA, et al.,**

_____
                Defendant                    /

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New defendant(s) | Yes _____ | No _____ |
| Number of new defendants | | _____ |
| Total number of counts | | _____ |

**Court Division:** (Select One)

| | | |
|---|---|---|
| ✓ Miami | ___ Key West | |
| ___ FTL | ___ WPB | ___ FTP |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)      Yes____
   List language and/or dialect      SPANISH_____

4. This case will take __8__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

| | | | |
|---|---|---|---|
| I | 0 to 5 days | _____ | |
| II | 6 to 10 days | ✓ | |
| III | 11 to 20 days | _____ | |
| IV | 21 to 60 days | _____ | |
| V | 61 days and over | _____ | |

   (Check only one)

| | |
|---|---|
| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | ✓ |

6. Has this case previously been filed in this District Court?      (Yes or No)   No____
   If yes: Judge_____ Case No._____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?      (Yes or No)   No____
   If yes: Magistrate Case No._____
   Related miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of_____
   Rule 20 from the District of_____

   Is this a potential death penalty case? (Yes or No)      No____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?      Yes____      No ✓____

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?      Yes____      No ✓____

_____
ELI S. RUBIN
Assistant United States Attorney
Court ID A5502535

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   CARLOS ROLDAN LEIVA

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 12-16

Bank Fraud

18 U.S.C. § 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 17

Conspiracy to Commit Money Laundering

18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 23, 24, 27, 29

Money Laundering

18 U.S.C. § 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**    YOANGEL MARTINEZ QUEVEDO

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 3, 10, 14

Bank Fraud

18 U.S.C. § 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 17

Conspiracy to Commit Money Laundering

18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 21, 28

Money Laundering

18 U.S.C. § 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   DAIBY MERCEDES MARTINEZ IGLESIAS

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 17

Conspiracy to Commit Money Laundering

18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 18, 26

Money Laundering

18 U.S.C. § 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### <u>PENALTY SHEET</u>

**Defendant's Name:**   JOSE RAMON HERNANDEZ GARCIA

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 2

Bank Fraud

18 U.S.C. § 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 17

Conspiracy to Commit Money Laundering

18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 19

Money Laundering

18 U.S.C. § 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   ANTONIO L. HERNANDEZ

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 4, 5

Bank Fraud

18 U.S.C. § 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 17

Conspiracy to Commit Money Laundering

18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 25

Money Laundering

18 U.S.C. § 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   LEMAY MORA AROCHA

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 17

Conspiracy to Commit Money Laundering

18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 29

Money Laundering

18 U.S.C. § 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  JOSE ALONSO ACOSTA

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 4, 5

Bank Fraud

18 U.S.C. § 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 17

Conspiracy to Commit Money Laundering

18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 22, 25

Money Laundering

18 U.S.C. § 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   ANDRES GARCIA GARCIA

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 9

Bank Fraud

18 U.S.C. § 1344

**\*Max. Penalty:** 30 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**    YOSBEL DOMINGUEZ FUNDORA

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 8

Bank Fraud

18 U.S.C. § 1344

**\*Max. Penalty:** 30 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** DAYCEL CABARROCA

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 6, 7

Bank Fraud

18 U.S.C. § 1344

**\*Max. Penalty:** 30 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   YAMILE LEWIS MOLLINEDO

**Case No:**

Count #: 1

Conspiracy to Commit Bank Fraud

18 U.S.C. § 1349

**\*Max. Penalty:** 30 Years' Imprisonment

Count #: 17

Conspiracy to Commit Money Laundering

18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 20

Money Laundering

18 U.S.C. § 1956(a)(1)(B)(i)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**